UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RONNIE RILEY                          CIVIL ACTION NO. 5:13-cv-1109
LA. DOC #393420
                                      SECTION P
VS.
                                      JUDGE ELIZABETH E. FOOTE

JERRY GOODWIN, ET AL.                 MAGISTRATE JUDGE HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion, [doc. # 38], is **GRANTED**, and that the Complaint, [doc. # 31], is **DISMISSED without prejudice for failure to exhaust administrative remedies, but DISMISSED with prejudice** for purposes of proceeding *in forma pauperis*.

IT IS FURTHER ORDERED that Defendants' Motion, [doc. # 38], is **GRANTED**, and that Plaintiff's claims for monetary damages against all Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED this 11th day of January, 2015, in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE